UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60384-CIV-COHN/SELTZER

URSULA FINKEL, on her own behalf
and on behalf of those similarly situated,

    Plaintiff,

v.

NEWBRIDGE SECURITIES CORPORATION,

    Defendant.
_____/

## ORDER GRANTING AGREED MOTION FOR
## SUPPLEMENTAL ATTORNEY'S FEES AWARD

**THIS CAUSE** is before the Court upon the parties' Agreed Motion for

Supplemental Attorney's Fees Award [DE 168].  The Court has reviewed the Motion and

the record in this case, and is otherwise advised in the premises.  It is hereby

**ORDERED AND ADJUDGED** that the Agreed Motion for Supplemental

Attorney's Fees Award [DE 168] is **GRANTED**.  Within three (3) days of this Order,

Newbridge Securities Corporation shall pay the amount of $57,510.00 to Class Counsel.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 1st day of December, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF