UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60384-CIV-COHN/SELTZER

URSULA FINKEL, on her own behalf and
on behalf of those similarly situated,

    Plaintiff,

v.

NEWBRIDGE SECURITIES CORPORATION,

    Defendant.
_____/

## ORDER GRANTING AGREED MOTION FOR SUPPLEMENTAL ATTORNEY'S FEES AWARD

**THIS CAUSE** is before the Court upon the parties' Agreed Motion for Supplemental Attorney's Fees Award [DE 174] ("Agreed Motion"). The Court has reviewed the Agreed Motion and the record in this case, and is otherwise advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that the Agreed Motion for Supplemental Attorney's Fees Award [DE 174] is **GRANTED.** Within three (3) days of this Order, Newbridge Securities Corporation shall pay the amount of $29,724.00 to Class Counsel.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of May, 2017.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF